O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JESSE HENDRICKS,                        )     CASE NO. CV 14-03012 FMO (RZ)
                                        )
                    Petitioner,         )
                                        )     ORDER ACCEPTING FINDINGS AND
         vs.                            )     RECOMMENDATIONS OF UNITED
                                        )     STATES MAGISTRATE JUDGE
M.D. BITER, WARDEN,                     )
                                        )
                    Respondent.         )
                                        )

         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Second Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.  Petitioner shall, no later than **May 29, 2015**, file a fully exhausted First Amended Petition.  Failure to file the First Amended Petition by May 29, 2015, shall result in the action being dismissed without prejudice.

DATED: April 29, 2015

                                        _____
                                                       /s/
                                               FERNANDO M. OLGUIN
                                           UNITED STATES DISTRICT JUDGE