# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JESSE HENDRICKS,

            Petitioner,

    v.

JOHN KATAVICH, Warden,

            Respondent.

**Case No. CV 14-03012 FMO (RAO)**

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation.  Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected.  The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

       IT IS ORDERED that the First Amended Petition is denied and Judgment shall be entered dismissing this action with prejudice.

DATED:  May 26, 2016                  /s/

                          _____

                          FERNANDO M. OLGUIN
                          UNITED STATES DISTRICT JUDGE