# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HENDRICKS, | Case No. CV 14-03012 FMO (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOHN KATAVICH, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: May 26, 2016              /s/
                                 _____
                                 FERNANDO M. OLGUIN
                                 UNITED STATES DISTRICT JUDGE